# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MANUEL FLORES, <br> Petitioner <br> v. <br> MARTIN BITER, WARDEN, <br> Respondent. | Case No. CV 15-00320-GWC (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: January 16, 2018

GEORGE H. WU
UNITED STATES DISTRICT JUDGE